*Assistant Attorney General Holland* and *Ellis N. Slack* for the United States. ▮▮▮▮▮▮▮

No. 511. MARTIN ET AL., DOING BUSINESS AS NEMEC COMBUSTION ENGINEERS, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *R. D. Sweeney* and *J. E. Simpson* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent. ▮▮▮▮▮▮

No. 522. LYNCH *v.* HERSHEY, DIRECTOR OF SELECTIVE SERVICE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Carl L. Shipley* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent. ▮▮▮▮▮▮▮

No. 523. SWIDLER ET AL. *v.* KNOCKLONG CORP. ET AL. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. *Jacob Krisel* and *George Lessall* for petitioners. *Charles E. Lapp, Jr.* for the Knocklong Corporation; *Edward M. O. Pratt* and *E. Robert Pratt* for the Gresa Realty Co., Inc.; and *Paul J. Leach* for Connolly, respondents. ▮▮▮▮▮▮▮

No. 524. CAROLINA SCENIC STAGES *v.* STEVENS, RECEIVER, ET AL. C. A. 4th Cir. Certiorari denied. *Edgar A. Brown* and *Thomas A. Wofford* for petitioner. ▮▮▮

No. 525. PARNACHER ET AL. *v.* MOUNT. C. A. 10th Cir. Certiorari denied. *James W. Bounds* for petitioners. *John Blaine Gilbreath* for respondent. ▮▮▮▮▮